UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------X

IN THE MATTER OF THE APPLICATIONS
FOR SEARCH WARRANTS FOR:

THE PREMISES KNOWN AND DESCRIBED
AS OMNIVIEW CAPITAL ADVISORS LLC,
LOCATED AT 140 ROWAYTON AVE, SUITE
C, NORWALK, CONNECTICUT 06853

THE PREMISES KNOWN AND DESCRIBED
AS ONE CELLULAR TELEPHONE WITH
TELEPHONE NUMBER 914-255-7892, ISSUED
BY AT&T WIRELESS AND SUBSCRIBED TO
BY ABRAXAS J. DISCALA, 10 VINCENT
PLACE, NORWALK, CONNECTICUT 06853,
WITH IMSI NUMBER 310410688816809

**UNSEALING APPLICATION**

------------------------------------X

FILED
2019 MAY -9 P 2: 37
US DISTRICT COURT
BRIDGEPORT CT

The Government respectfully moves for the unsealing of the docket and all documents filed thereunder in the above-referenced matters.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY
DISTRICT OF CONNECTICUT

By: _____
Harold Chen
Assistant U.S. Attorney
1000 Lafayette Blvd., 10th Floor
Bridgeport, CT 06604
(203) 696-3000

Dated: July 17, 2014