UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2019 MAY -9 P 2: 36

719 mj 75 los WJG our
BRIDGEPORT CT

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION : | DOCKET NO. |
| FOR A SEARCH WARRANT FOR : | |
| THE PREMISES KNOWN AND : | |
| DESCRIBED AS OMNIVIEW CAPITAL : | |
| ADVISORS LLC, LOCATED AT 140 : | |
| ROWAYTON AVE, SUITE C, : | December 5, 2017 |
| NORWALK, CONNECTICUT 06853 : | |

**MOTION TO UNSEAL SEARCH WARRANT,
SEARCH WARRANT APPLICATION AND AFFIDAVIT**

The United States of America, by John H. Durham, United States Attorney for the District of Connecticut, by Harold H. Chen, Assistant United States Attorney, moves the Court for an order unsealing the search warrant, search warrant application and affidavit for this matter.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

HAROLD H. CHEN
ASSISTANT UNITED STATES ATTORNEY
Federal Bar. No. ct24432
United States Attorney's Office
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604
(203) 696-3000 / (203) 579-5575 (Fax)
Harold.Chen@usdoj.gov